IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| TERRENCE HARRISON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 05-00231-CG-B |
| | ) | CIVIL ACTION NO. 16-0323-CG-B |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Harrison's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 229) is **DENIED** and **DISMISSED** as time-barred. The Court further finds that Petitioner is not entitled to issuance of a certificate of appealability, and as a result, he is not permitted to appeal in forma pauperis.

**DONE and ORDERED** this 24th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE